**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-21388-BLOOM/Otazo-Reyes**

EMANUELA CARRATONI,

    Plaintiff,

v.

ZOETOP BUSINESS CO.,
*doing business as* Shein and Romwe,

    Defendant.

_____/

**FINAL JUDGMENT**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Acceptance of Offer of Judgment, ECF No. [12] ("Notice"). The Court has reviewed the Notice, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff Emanuela Carratoni and against Defendant Zoetop Business Co., Ltd. in the amount of $5,000.00, inclusive of all damages, attorneys' fees, costs, prejudgment interest, where applicable, and any other monetary recovery sought.

2. Defendant and its officers, agents, servants, employees, and all other persons who are in active concert or participation with Zoetop, shall be permanently enjoined from engaging in any of the following acts or omissions in the United States:

    a. Using, displaying, reproducing or copying Plaintiff's design, depicted below, on or in connection with the manufacture, distribution, advertising, promotion, offering for sale, or sale of any goods.

Case No. 22-cv-21388-BLOOM/Otazo-Reyes



3. The Clerk of Court is directed to mark this case **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 3, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2